IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:05CR226-RLV

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | SCHEDULING ORDER |
| ) | |
| SANTOS MATAMOROS-MODESTA ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER** is before the Court on the Judgment of the Fourth Circuit Court of Appeals, filed on April 10, 2008 [1], remanding this case for re-sentencing.

**IT IS, THEREFORE, ORDERED** that a sentencing hearing is hereby scheduled for August 4, 2008 at 2:00 p.m. in the United States Courthouse, 200 West Broad Street, 2nd floor Courtroom, Statesville, North Carolina.

**IT IS FURTHER ORDERED** that the United States Marshal Service transport Defendant to the United States Courthouse in Statesville, North Carolina and make him available for the sentencing hearing scheduled for August 4, 2008 at 2:00 p.m.

**IT IS FURTHER ORDERED** that a copy of this order be sent to the Defendant, Defense Counsel, the United States Attorney, the United States Marshal Service, and the United States Probation Office.

Signed: May 19, 2008

*/s/ Richard L. Voorhees*
Richard L. Voorhees
United States District Judge

---

[1] The mandate issued on May 5, 2008.